**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant, JOE CORANDO DE LEON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES GOVERNMENT, | ) | CASE NO. 6:06-mj-00100-WMW, |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| | ) | UNTIL SEPTEMBER 12, 2006 |
| vs | ) | |
| JOE CORANDO DE LEON | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the Defendant, JOE CORANDO DE LEON, his Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government, ELIZABETH WALDOW, that the Status Conference in the above-captioned matter currently scheduled for August 22, 2006, at 10:00 a.m. be continued until September 12, 2006 at 10:00 a.m.

Dated: August 16, 2006

                                                                By: /s/ Carol Ann Moses
                                                                   CAROL ANN MOSES
                                                                   Attorney for Defendant
                                                                   JOE CORANDO DE LEON

Dated: August 16, 2006

                                                                   By: /s/ Elizabeth Waldow
                                                                   Elizabeth Waldow
                                                                   Legal Officer for
                                                                   United States Government

\* \* \*PROPOSED ORDER \* \* \*

The Court, having reviewed the above request for a Continuance of Status Conference until September 12, 2006 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Status Conference Hearing for Defendant, JOE CORANDO DE LEON, shall be continued to September 12, 2006 at 10:00 a.m.

Dated: _____, 2006

By: _____
WILLIAM M WUNDERLICH
United States Magistrate Judge

IT IS SO ORDERED.

**Dated:   August 18, 2006          /s/  William M. Wunderlich**
mmkd34UNITED STATES MAGISTRATE JUDGE