**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
vs.                               CASE/CITATION NO. _06 mj 0100 WMW_

_Corando J DeLeon_                **ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _6-16-54_____
DRIVER'S LICENSE #: _____
ADDRESS: _1121 Latimer_____
_Modesto    CA    95351_
CITY         STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: _12-19-06_     _____ _For Corondr DeLeon_
                                 DEFENDANT'S SIGNATURE

_12 Months Probation_
YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:
_2 days custody w/credit of 2 days served_
(✓) Fine: $ _1980.00_ and a penalty assessment of $ _20.00_ for a TOTAL
AMOUNT OF: $ _200.00_ within _____ days/months; or payments of $ _200.00_ per month, commencing _1/19/07_ and due on the _19th_ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
     completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: **Clerk, USDC** and mailed to (circle one):

USDC                          CLERK, USDC              **CLERK, USDC**
CENTRAL VIOLATIONS BUREAU (SA)   1130 O STREET, RM 5000   **501 "I" STREET**
POST OFFICE BOX 740026        FRESNO, CA  93721        **SACRAMENTO, CA 95814-2322**
ATLANTA, GA  30374-0026

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: _12-19-06_      _William M. Wunderlich_
                             U.S. MAGISTRATE JUDGE _by _____

_Defendant to obey all laws._
_Deft not to drive a vehicle unless properly insured_
_Deft not to drive a vehicle w/o valid drivers license_
_Deft not to drive with any detectable amount of alcohol in system_

EDCA-3